Probation Form No. 35 (1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

Crim. No. 04-CR-139-01-PB

Mark C. Bennett

On October 21, 2007 the above named was placed on Supervised Release for a period of three years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Mark C. Bennett be discharged from Supervised Release.

Respectfully submitted,

Timothy J. Brown
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __18__ day of __November__, 20 __09__.

/s/ Paul Barbadoro
Paul J. Barbadoro
U.S. District Court Judge